IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

REBA GUNN                                                                               PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:07CV733TSL-JCS

PETTIBONE, LLC                                                                       DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This action is before the Court on the joint *ore tenus* motion of the parties for dismissal of this civil action with prejudice. The Court, being advised that the parties have reached a compromise and have settled, finds that the motion is well taken and should be granted.

IT, THEREFORE, ORDERED AND ADJUDGED that this action is fully and finally DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

SO ORDERED, this the 7th day of April, 2008.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:


/s/Christopher P. Palmer
Christopher P. Palmer
Attorney for Plaintiff


/s/Jennifer A. Rogers
Jennifer A. Rogers
Attorney for Defendant